**Dismissed and Memorandum Opinion filed October 11, 2016.**



In The

# Fourteenth Court of Appeals

---

NO. 14-16-00441-CR
NO. 14-16-00442-CR

---

**RONALD DWAYNE WHITFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause Nos. 557164 & 617718**

---

## M E M O R A N D U M   O P I N I O N

In trial court cause number 557164, appellant was convicted of burglary of a vehicle on March 5, 1990. In cause number 617718 appellant was convicted of burglary of a building on June 5, 1992. On March 16, 2016, appellant filed notices of appeals in both trial court cause numbers.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).